JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONITA RUSSELL, | Case No.: CV13-01830-VAP-SP_ |
| Plaintiff, | |
| v. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; AMN HEALTHCARE, INC BENEFIT PLAN and DOES 1 through 10, inclusive | |
| Defendants. | |

## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees, this matter hereby is so dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: __February 27, 2014_____

_____
HONORABLE VIRGINIA A. PHILLIPS

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

*Russell v. Life Insurance Company of North America, et al.*
*U.S.D.C. Central District of California Case No.: CV13-01830-VAP-SP*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

> Michael B. Horrow
> Nichole D. Podgurski
> DONAHUE & HORROW, LLP
> 1960 E. Grand Ave., Suite 1215
> El Segundo, California  90245
> Telephone:  (310) 322-0300
> Facsimile:   (310) 322-0302
> ***Attorneys for Plaintiff, Bonita Russell***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on February 26, 2014 at San Francisco, California.

__/s/ Liza H. Cachero_____
Liza Cachero